**\*E-Filed: January 13, 2014\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD,<br><br>   Plaintiff,<br>   v.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br>ET AL.<br><br>   Defendants.<br>_____/ | No. C13-05769 HRL<br><br>**ORDER TERMINATING MOTION TO RELATE** |

Plaintiff Fareed Sepehry-Fard sues defendants to quiet title on real property located at 18314 Baylor Avenue, Saratoga, CA 95070.  Defendants Countrywide Home Loans and ReconTrust Company filed in this case a motion to relate another case previously filed in this District, *Sepehry-Fard v. Bank of New York Mellon, N.A.*, C12-01260-LHK, which has already been dismissed.  Civil Local Rule 3-12(b) states that "[w]henever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is *or was* pending in this District . . . the party must promptly file *in the earliest-filed case* an Administrative Motion to Consider Whether Cases Should be Related."  Because Defendants believe this case is related to Case No. C12-01260-LHK, which was pending in this District and is the earliest-filed case of the two, the instant motion is terminated and Defendants shall promptly file an Administrative Motion to Consider Whether the Cases Should be Related in Case No. C12-01260-LHK.

**IT IS SO ORDERED.**

Dated: January 13, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-05769 HRL Notice will be electronically mailed to:**

Andrew Alexander Wood     aaw@severson.com, sg@severson.com

**C13-05769 HRL Notice will be mailed to:**

Fareed Sepehry-Fard
12309 Saratoga Creek Drive
Saratoga, CA 95070

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**