**\*E-Filed: April 1, 2014\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD,<br><br>    Plaintiff,<br>  v.<br><br>COUNTRYWIDE HOME LOANS, INC., ET AL.,<br><br>    Defendants. | No. C13-05769 LHK (HRL)<br><br>**ORDER TERMINATING PLAINTIFF'S MOTION FOR EVIDENTIARY HEARING AND DISQUALIFICATION OF OPPOSING COUNSEL**<br><br>[Re: Docket No. 47] |

Plaintiff Fareed Sepehry-Fard, acting pro se, sues Defendants for quiet title. This case was reassigned from the undersigned to a district court judge at Plaintiff's request. The undersigned remains on this case as the referral judge for discovery matters only. However, Plaintiff noticed his "Motion for Evidentiary Hearing and Disqualification of Andrew A. Wood, Thomas A. Woods, Severson & Werson and Stoel Rives" to be heard before the undersigned on April 8, 2014, which was improper. Accordingly, the hearing is vacated and Plaintiff's motion is terminated without prejudice to be properly noticed for hearing before the presiding judge.

**IT IS SO ORDERED.**

Dated: April 1, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-05769-LHK (HRL) Notice will be electronically mailed to:**

Andrew Alexander Wood    aaw@severson.com, jwg@severson.com, sg@severson.com

Thomas Andrew Woods    tawoods@stoel.com, docketclerk@stoel.com, slparadee@stoel.com

**C13-05769-LHK (HRL) Notice will be mailed to:**

Fareed Sepehry-Fard
12309 Saratoga Creek Drive
Saratoga, CA 95070

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**