UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS. INC., et al.,<br><br>        Defendants. | Case No.  13-cv-05769-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/06/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 09/04/2014 at 1:30 PM |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Hearing on Motions in Limine | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the Motion to Dismiss, Motion to Disqualify and
6 Motion to Amend Complaint pending before the court is set for hearing on 06/05/2014 at
7 9:00 AM.
8    IT IS FURTHER ORDERED THAT the parties may appear by Courtcall for the Motion to
9 Dismiss, Motion to Disqualify and Motion to Amend Complaint hearing set for 06/05/2014
10 at 9:00 AM without further approval of the court.

Dated: May 08, 2014

_____
BETH LABSON FREEMAN
United States District Judge