# [~~PROPOSED~~] ORDER

The administrative motion of Plaintiff Fareed :Sepehry-Fard ("Plaintiff") for an Order allowing him to file an oversized brief in support of his Motion For Relief From Order Under Federal Rules of Civil Procedure, Rule 60, having been presented and good cause appearing therefore,

ACCORDINGLY, IT HEREBY ORDERED that:

Plaintiff's administrative motion is granted. Plaintiff is permitted to file a Motion For Relief From Order Under Federal Rules of Civil Procedure, Rule 60 not to exceed 35 pages, exclusive of table of contents and authorities.

DATED: February 23, 2016

*[signature]*
Honorable judge Beth Labson Freeman, USDC

Case Number: 5:13-CV-05769 LBF-HRL, PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE AN OVERSIZED BRIEF , MEMORANDUM OF POINTS AND AUTHORITIES; [PROPOSED] ORDER; DECLARATION